860

No. 79–6750.  HARRYMAN v. ESTELLE, CORRECTIONS DIREC-
TOR.  C. A. 5th Cir.  Certiorari denied.

No. 79–6753.  ROSS v. TEXAS.  Ct. Crim. App. Tex.  Cer-
tiorari denied.

No. 79–6754.  AHMETI v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 79–6755.  SHABAZZ, AKA PHILLIPS v. WILLIAMS ET AL.
Sup. Ct. Okla.  Certiorari denied.

No. 79–6756.  LEBEL v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 79–6757.  RUCKER v. FICKAS ET AL.  C. A. 8th Cir.
Certiorari denied.

No. 79–6758.  LUMBERT v. CALIFORNIA.  Ct. App. Cal., 4th
App. Dist.  Certiorari denied.

No. 79–6759.  LANTZY v. HOWARD.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 79–6760.  MIRELES v. ILLINOIS.  App. Ct. Ill., 1st
Dist.  Certiorari denied.

No. 79–6762.  BIB'LE v. STATE BAR OF CALIFORNIA ET AL.
Sup. Ct. Cal.  Certiorari denied.

No. 79–6763.  MOUTON v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 79–6764.  DAY v. NEW MEXICO.  Sup. Ct. N. M.  Cer-
tiorari denied.